1  **MUFTHIHA SABARATNAM, ESQ. (SBN: 162982)**
   **Law offices of Mufthiha Sabaratnam**
2  1300 Clay Street, Suite 600
   Oakland, CA 94612
3  Telephone No. (510) 205-0986
   Facsimile No. (510) 225-2417
4
   Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No.: **18-42143 CN** |
| Stacey A. Wilson | Chapter 13 |
| Debtor. | **NOTICE OF FILING AND CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN** |

NOTICE IS HEREBY GIVEN that the Debtor(s) have filed an Amended Plan on October 5, 2018 Doc #16.

Pursuant to Bankruptcy Rule 2002 and the procedures prescribed by Local Rule 9014-1(b)(3)(A):

(3) Notice and Opportunity for Hearing. Unless otherwise ordered, a party in interest may initiate a request for relief, without setting a hearing, regarding any matter within the scope of this rule, other than those matters described in B.L.R. 9014-1(b)(1).

(A) Notice. A request for relief governed by B.L.R. 9014-1(b)(3) shall be accompanied by a notice and opportunity for hearing with the following language set forth verbatim and conspicuously in the notice:

"Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing the notice;

Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;

If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.

In the event of a timely objection or request for hearing, (either):

The initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case; or

The tentative hearing date, location and time are (insert date location and time)."

10/9/2018

*/s/Mufthiha Sabaratnam*
Mufthiha Sabaratnam/ Counsel for Debtors

# PROOF OF SERVICE

**State of California     )**
**County of Alameda   )**

I declare under penalty of perjury under the laws of the United States of America that I am a resident of and employed in the county aforesaid. I am over the age of eighteen years and not a party to the within entitled action. My business address is 1300 Clay Street, Suite 600, Oakland, California.

On 10/9/2018, I served the within

## AMENDED CHAPTER 13 PLAN

on the concerned parties in said action, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

## SEE ATTACHED SERVICE LIST

__X__    (By Mail) I am readily familiar with the business practice for the collection and processing of correspondence for mail with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business in the United States mailed at Oakland, California.

_____    (By Hand) I caused such envelope to be delivered by hand to the offices of the addressee(s).

_____    (By CERTIFIED MAIL) I caused such document to be sent via CERTIFIED MAIL to the offices of the addressee(s).

__X__    (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__X__    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **10/9/2018**, at Oakland, California.

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Mufthiha Sabaratnam_
　　　　　　　　　　　　　　　　　　　　　　　　Mufthiha Sabaratnam

**SERVICE LIST**

**Re:** Stacey A. Wilson

**DEBTORS**

Stacey A. Wilson
246 Tunis Road
Oakland, CA 94603
ALAMEDA-CA

Mailing Information for Case 18-42143

Electronic Mail Notice List:

The following is the list of parties who are currently on the list to receive email notice/service for this case.

- Martha G. Bronitsky    13trustee@oak13.com
- Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov
- Mufthiha Sabaratnam    mufti@taxandbklaw.com

PROOF OF SERVICE OF AMENDED PLAN

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-4<br>Case 18-42143<br>Northern District of California<br>Oakland<br>Fri Oct  5 14:28:36 PDT 2018 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>P.O. Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>1300 Clay Street, Suite 300<br>Oakland, CA 94612-1426 |
| Affiliatd Gr<br>7381 Airport View<br>Rochester, MN 55902-1875 | Ashley Funding Services, LLC its successors<br>assigns as assignee of Laboratory<br>Corporation of America Holdings<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Cba<br>25954 Eden Landing First Floor<br>Hayward, CA 94545-3816 |
| Cbe Group<br>1309 Technology Pkwy<br>Cedar Falls, IA 50613-6976 | Cbe Group<br>131 Tower Park Dr Suite 100  Po Box 900<br>Waterloo, IA 50704-0900 | Chase<br>Po Box 901003<br>Columbus, OH 43224 |
| Franchise Tax Board<br>Special Procedures<br>PO BOX 942867<br>Sacramento, CA 94267-0001 | Internal Revenue Service<br>PO BOX 7036<br>Philadelphia, PA 19149-0036 | Kay Jewelers<br>375 Ghent Rd<br>Fairlawn, OH 44333-4600 |
| LVNV Funding, LLC its successors and assigns<br>assignee of MHC Receivables, LLC and<br>FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Medical<br>530 S Main Street<br>Orange, CA 92868-4525 | Northern Ca<br>Po Box 13765<br>Sacramento, CA 95853-3765 |
| Office of the U.S. Trustee/Oak<br>Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0<br>San Francisco, CA 94102-3661 | Pacific Gas & Electric<br>425 Market St<br>San Francisco, CA 94105-2532 | Receivables Performanc<br>20816 44th Ave W<br>Lynnwood, WA 98036-7744 |
| Syncb/Care Credit<br>C/O Po Box 965036<br>Orlando, FL 32896-0001 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Wfhm<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7203 |
| Martha G. Bronitsky<br>P.O. Box 5004<br>Hayward, CA 94540-5004 | Mufthiha Sabaratnam<br>Sabaratnam and Associates<br>1300 Clay St. #600<br>Oakland, CA 94612-1427 | Stacey A Wilson<br>246 Tunis Rd.<br>Oakland, CA 94603-1062 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Toyota Motor Credit Co<br>19001 S Western Ave<br>Torrance, CA 90501 | (d)Toyota Motor Credit Co<br>4000 Executive Pkwy Ste<br>San Ramon, CA 94583 | End of Label Matrix<br>Mailable recipients    23<br>Bypassed recipients     0<br>Total                  23 |