1   **MUFTHIHA SABARATNAM, ESQ.**    (State Bar No. 162982)
    Law Offices of Mufthiha Sabaratnam
2   1300 Clay Street, Suite 600
    Oakland, CA 94612
3   Telephone No. (510) 205-0986
    Facsimile No.  (510) 225-2417
4
    Attorney for Debtor
5

6

7

8

9

10                  **UNITED STATES BANKRUPTCY COURT**

11                  **NORTHERN DISTRICT OF CALIFORNIA**

12                                              )    **CASE No.: 18-42143 CN -13**
                                                )
13  In Re:                                      )    Chapter 13
                                                )
14  Stacey A. Wilson                            )    ***SUPPLEMENTARY***
                                                )    **DECLARATION OF STACEY A.**
15                          Debtors.            )    **WILSON**
                                                )
16                                              )
                                                )
17                                              )
                                                )
18  _____    )
                                                )
19                                              )

20

21

22

23

24

25

26

27

28  Declaration -

DECLARATION OF STACEY A WILSON

I, Stacey A. Wilson, declare as follows:

1. I am the Debtor in this Chapter 13 case. I have personal first hand knowledge of the matters set forth herein directly or through such records and if called as a witness, could and would testify competently thereto.

2. I frequently suffer from migraine headaches. They come on and off, and appear to be triggered by stress, in my case.

3. When I reviewed the bankruptcy papers after I had filled in the information and before I sent it for input to my counsel, I was not feeling well, and had had migraine headaches on and off that week and the previous week. However the petition needed to be filed so went over each page as best as I could.

4. They were obviously sections that I skimmed over because it was a large document and difficult to read especially with a headache.

5. It appears that counsel for the chapter 13 trustee believes that I tried to omit assets based on the emails he sent through my counsel. I absolutely deny that I was omitting assets. At the 341 meeting, he told me that I had to review all of the documents again and submit a separate declaration with regards to the omissions that I had made. So I went over the documents very carefully and made the appropriate amendments through my attorney.

6. I then reviewed everything that my attorney had input and made some corrections with regards to the spelling of the trailer changing it from Fiesta to Siesta.

7. Prior to filing the three amendments, I went over them again.

8. I have now gone over each and every page of the petition, schedules, statement of financial affairs and related documents and made sure that everything is complete and accurate. I never ever meant to omit or hide any assets. Unfortunately I was not given the benefit of the doubt, for whatever reason by the counsel for the trustee.

Declaration -

1      I declare under penalty of perjury, under the laws of the United States of America and the

2 State of California, that the foregoing is true and correct.

3

DATED: **October 22, 2018**

/s/   SEE NEXT PAGE
4                                                 Stacey A. Wilson.
Debtor/Declarant

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 Declaration -

Case: 18-42143    Doc# 31    Filed: 10/22/18    Entered: 10/22/18 21:21:54    Page 3 of 4

1    I declare under penalty of perjury, under the laws of the United States of America and the

2    State of California, that the foregoing is true and correct.

3    DATED: **October 22, 2018**

4    /s/ *Stacey A. Wilson*
     Stacey A. Wilson.
     Debtor/Declarant

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    Declaration -