EXHIBIT 1:    NOTICE OF STAY MOTIONS FILED WITH SUPERIOR COURT ON 9/19/2018, 1/21/2019, AND 6/12/2020 AND SENT TO MOVANT'S ATTORNEY WITH PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Stacey Wilson<br>246 Tunis Road<br>Oakland, CA 94603<br><br>TELEPHONE NO. : 510-706-2206    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional) :<br>ATTORNEY FOR (Name): In Pro Per | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Alameda
STREET ADDRESS : 2120 Martin Luther King Jr. Way
MAILING ADDRESS :
CITY AND ZIP CODE : Berkeley, CA 94704
BRANCH NAME : Berkeley Courthouse

PLAINTIFF/PETITIONER:  Danielle Smith

DEFENDANT/RESPONDENT:  Stacey Wilson

| FACSIMILE TRANSMISSION COVER SHEET | CASE NUMBER:<br>RP-17861683 |
|---|---|

**TO THE COURT:**

1. **Please file** the following transmitted documents in the order listed below:

| Document name | No. of pages |
|---|---|
| Notice of Stay of Proceedings | 5 |

2. ☐ **Processing instructions** consisting of: _____ pages are also transmitted.

3. ☑ **Fee required**  ☐ Filing fee  ☑ Fax fee (Cal. Rules of Court, rule 10.815)
   a. ☑ **Credit card payment** I authorize the above fees and any amount imposed by the card issuer or draft purchaser to be charged to the following account:
   ☑ VISA  ☐ MASTERCARD   Account No.: 4815820085065652   Expiration date: 08/2019

   Stacey Wilson
   _____
   (TYPE OR PRINT NAME OF CARDHOLDER)

   ▶ _____
   (SIGNATURE OF CARDHOLDER)

   b. ☐ **Attorney account** (Cal. Rules of Court, rule 2.304). Please charge my account no.:

Form Adopted for Mandatory Use<br>Judicial Council of California<br>MC-005 [Rev. January 1, 2007]

**FACSIMILE TRANSMISSION COVER SHEET**
**(Fax Filing)**

Cal. Rules of Court, rule 2.304<br>www.courtinfo.ca.gov

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Stacey Wilson<br>246 Tunis Road<br>Oakland, CA 94603<br>TELEPHONE NO.: 510-706-2206　　FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* In Pro Per | FOR COURT USE ONLY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Alameda
STREET ADDRESS: 2120 Martin Luther King Jr. Way
MAILING ADDRESS:
CITY AND ZIP CODE: Berkeley, CA 94704
BRANCH NAME: Berkeley Courthouse

PLAINTIFF/PETITIONER: Danielle Smith

DEFENDANT/RESPONDENT: Stacey A. Wilson

| | |
|---|---|
| **NOTICE OF STAY OF PROCEEDINGS** | CASE NUMBER:<br>RP-17861683 |
| | JUDGE: Reardon<br>DEPT.: 201 |

**To the court and to all parties:**

1. Declarant *(name):* Stacey Wilson

   a. [✓] is [✓] the party [ ] the attorney for the party who requested or caused the stay.

   b. [ ] is [ ] the plaintiff or petitioner [ ] the attorney for the plaintiff or petitioner. The party who requested the stay has not appeared in this case or is not subject to the jurisdiction of this court.

2. This case is stayed as follows:

   a. [✓] With regard to all parties.

   b. [ ] With regard to the following parties *(specify by name and party designation):*

3. Reason for the stay:

   a. [✓] Automatic stay caused by a filing in another court. *(Attach a copy of the Notice of Commencement of Case, the bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number, debtor, and petitioners.)*

   b. [ ] Order of a federal court or of a higher California court. *(Attach a copy of the court order.)*

   c. [ ] Contractual arbitration under Code of Civil Procedure section 1281.4. *(Attach a copy of the order directing arbitration.)*

   d. [ ] Arbitration of attorney fees and costs under Business and Professions Code section 6201. *(Attach a copy of the client's request for arbitration showing filing and service.)*

   e. [ ] Other:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 9/18/2018

Stacey A. Wilson
_____
(TYPE OR PRINT NAME OF DECLARANT)

▶ _____
(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California
CM-180 [Rev. January 1, 2007]

**NOTICE OF STAY OF PROCEEDINGS**

Cal. Rules of Court, rule 3.650
www.courtinfo.ca.gov

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

■ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Stacey**<br>First name | _____<br>First name |
| | | **A**<br>Middle name | _____<br>Middle name |
| | Bring your picture identification to your meeting with the trustee. | **Wilson**<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-5237 | |

# U.S. Bankruptcy Court
## Northern District of California (Oakland)
## Bankruptcy Petition #: 18-42143

*Date filed:* 09/13/2018

*Assigned to:*
Chapter 13
Voluntary
Asset

**Debtor**
**Stacey A Wilson**
246 Tunis Road
Oakland, CA 94603
ALAMEDA-CA
SSN / ITIN: xxx-xx-5237

represented by **Mufthiha Sabaratnam**
Sabaratnam and Associates
1300 Clay St. #600
Oakland, CA 94612
(510) 205-0986
Fax : (510)225-2417
Email: mufti@taxandbklaw.com

*U.S. Trustee*
**Office of the U.S. Trustee/Oak**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102
(510) 637-3200

| Filing Date | # | Docket Text |
|---|---|---|
| 09/13/2018 | 1 (51 pgs) | Chapter 13 Voluntary Petition Individual, Fee Amount $310. Filed by Stacey A Wilson. Order Meeting of Creditors due by 10/15/2018. Chapter 13 Plan due by 09/27/2018. (Sabaratnam, Mufthiha) (Entered: 09/13/2018) |
| 09/13/2018 | | Receipt of filing fee for Voluntary Petition (Chapter 13)(18-42143) [misc,volp13] ( 310.00). Receipt number 28936173, amount $ 310.00 (re: Doc# 1 Voluntary Petition (Chapter 13)) (U.S. Treasury) (Entered: 09/13/2018) |
| 09/13/2018 | 2 (1 pg) | Certificate of Credit Counseling Filed by Debtor Stacey A Wilson (Sabaratnam, Mufthiha) (Entered: 09/13/2018) |
| 09/13/2018 | 3 | Statement of Social Security Number. Filed by Debtor Stacey A Wilson (Sabaratnam, Mufthiha) (Entered: 09/13/2018) |

| | | |
|---|---|---|
| 09/13/2018 | <u>4</u><br>(3 pgs) | Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys Filed by Debtor Stacey A Wilson (Sabaratnam, Mufthiha) (Entered: 09/13/2018) |
| 09/13/2018 | <u>5</u><br>(1 pg) | Disclosure of Compensation of Attorney for Debtor in the Amount of $ $6000 Filed by Debtor Stacey A Wilson (Sabaratnam, Mufthiha) (Entered: 09/13/2018) |
| 09/13/2018 | <u>6</u><br>(7 pgs) | Chapter 13 Plan Filed by Debtor Stacey A Wilson (RE: related document(s)<u>1</u> Voluntary Petition (Chapter 13) filed by Debtor Stacey A Wilson). (Sabaratnam, Mufthiha) (Entered: 09/13/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/13/2018 18:24:37 | | | |
| **PACER Login:** | ms0215:2602345:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 18-42143 Fil or Ent: filed From: 7/13/2018 To: 9/13/2018 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | *FOR COURT USE ONLY* |
|---|---|
| Stacey Wilson<br>246 Tunis Road<br>Oakland, CA 94603<br><br>TELEPHONE NO.: 510-706-2206   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* In Pro Per | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 2120 Martin Luther King Jr. Way
MAILING ADDRESS:
CITY AND ZIP CODE: Berkeley, CA 94704
BRANCH NAME: Berkeley Courthouse

PETITIONER/PLAINTIFF: Danielle Smith

RESPONDENT/DEFENDANT: Stacey Wilson

| PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL | CASE NUMBER:<br>RP-17861683 |
|---|---|

**(Do not use this Proof of Service to show service of a Summons and Complaint.)**

1. I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   2380 103rd Avenue
   Oakland, CA 94603

3. On *(date):* 9-19-18   I mailed from *(city and state):* San Leandro, CA
   the following **documents** *(specify):*
   Notice of Stay of Proceedings

   ☐ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)*
   (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one):*
   a. ☑ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☐ **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this
      business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is
      placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in
      a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served: Traci C. Belmore
   b. **Address** of person served:
      Traci C. Belmore
      Attorney at Law
      131 Sunset Avenue, Suite E240
      Suisun, CA 94585
   ☐ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service
      by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

Monique Stevenson
_____
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)

_____
(SIGNATURE OF PERSON COMPLETING THIS FORM)

| **PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**<br>**(Proof of Service)** |

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Stacey Wilson<br>246 Tunis Road<br>Oakland, CA 94603<br><br>TELEPHONE NO.: 510-706-2206    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: In Pro Per | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Alameda
STREET ADDRESS: 2120 Martin Luther King Jr. Way
MAILING ADDRESS:
CITY AND ZIP CODE: Berkeley, CA 94704
BRANCH NAME: Berkeley Courthouse

PLAINTIFF/PETITIONER: Danielle Smith

DEFENDANT/RESPONDENT: Stacey Wilson

| **FACSIMILE TRANSMISSION COVER SHEET** | CASE NUMBER:<br>RP-16815511 |
|---|---|

**TO THE COURT:**

1. **Please file** the following transmitted documents in the order listed below:

| Document name | No. of pages |
|---|---|
| Notice of Stay of Proceedings | 5 |

2. ☐ **Processing instructions** consisting of: _____ pages are also transmitted.

3. ☑ **Fee required**  ☐ Filing fee  ☑ Fax fee (Cal. Rules of Court, rule 10.815)
    a. ☑ **Credit card payment** I authorize the above fees and any amount imposed by the card issuer or draft purchaser to be charged to the following account:
        ☑ VISA  ☐ MASTERCARD   Account No.: 4815820085065652   Expiration date: 08/2019

Stacey Wilson
_____
(TYPE OR PRINT NAME OF CARDHOLDER)

▶ _____
(SIGNATURE OF CARDHOLDER)

    b. ☐ **Attorney account** (Cal. Rules of Court, rule 2.304). Please charge my account no.:

Form Adopted for Mandatory Use
Judicial Council of California
MC-005 [Rev. January 1, 2007]

**FACSIMILE TRANSMISSION COVER SHEET**
**(Fax Filing)**

Cal. Rules of Court, rule 2.304
www.courtinfo.ca.gov

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Stacey Wilson<br>246 Tunis Road<br>Oakland, CA 94603<br>TELEPHONE NO.: 510-706-2206  FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* In Pro Per | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Alameda
STREET ADDRESS: 2120 Martin Luther King Jr. Way
MAILING ADDRESS:
CITY AND ZIP CODE: Berkeley, CA 94704
BRANCH NAME: Berkeley Courthouse

PLAINTIFF/PETITIONER: Danielle Smith

DEFENDANT/RESPONDENT: Stacey A. Wilson

| **NOTICE OF STAY OF PROCEEDINGS** | CASE NUMBER:<br>RP-16815511 |
|---|---|
| | JUDGE: Reardon |
| | DEPT.: 201 |

**To the court and to all parties:**

1. Declarant *(name):* Stacey Wilson

   a. ☑ is ☑ the party ☐ the attorney for the party who requested or caused the stay.

   b. ☐ is ☐ the plaintiff or petitioner ☐ the attorney for the plaintiff or petitioner. The party who requested the stay has not appeared in this case or is not subject to the jurisdiction of this court.

2. This case is stayed as follows:

   a. ☑ With regard to all parties.

   b. ☐ With regard to the following parties *(specify by name and party designation):*

3. Reason for the stay:

   a. ☑ Automatic stay caused by a filing in another court. *(Attach a copy of the Notice of Commencement of Case, the bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number, debtor, and petitioners.)*

   b. ☐ Order of a federal court or of a higher California court. *(Attach a copy of the court order.)*

   c. ☐ Contractual arbitration under Code of Civil Procedure section 1281.4. *(Attach a copy of the order directing arbitration.)*

   d. ☐ Arbitration of attorney fees and costs under Business and Professions Code section 6201. *(Attach a copy of the client's request for arbitration showing filing and service.)*

   e. ☐ Other:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 9/18/2018

Stacey A. Wilson
_____
(TYPE OR PRINT NAME OF DECLARANT)

▶ _____
(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California
CM-180 [Rev. January 1, 2007]

**NOTICE OF STAY OF PROCEEDINGS**

Cal. Rules of Court, rule 3.650
www.courtinfo.ca.gov

Fill in this information to identify your case:

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)*

Chapter you are filing under:

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☑ Chapter 13

☐ Check if this an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Stacey**<br>First name<br><br>**A**<br>Middle name<br><br>**Wilson**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. |  |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-5237 |  |

# U.S. Bankruptcy Court
## Northern District of California (Oakland)
## Bankruptcy Petition #: 18-42143

*Date filed:* 09/13/2018

*Assigned to:*
Chapter 13
Voluntary
Asset

**Debtor**
**Stacey A Wilson**
246 Tunis Road
Oakland, CA 94603
ALAMEDA-CA
SSN / ITIN: xxx-xx-5237

represented by **Mufthiha Sabaratnam**
Sabaratnam and Associates
1300 Clay St. #600
Oakland, CA 94612
(510) 205-0986
Fax : (510)225-2417
Email: mufti@taxandbklaw.com

**U.S. Trustee**
**Office of the U.S. Trustee/Oak**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102
(510) 637-3200

| Filing Date | # | Docket Text |
|---|---|---|
| 09/13/2018 | 1 (51 pgs) | Chapter 13 Voluntary Petition Individual, Fee Amount $310. Filed by Stacey A Wilson. Order Meeting of Creditors due by 10/15/2018. Chapter 13 Plan due by 09/27/2018. (Sabaratnam, Mufthiha) (Entered: 09/13/2018) |
| 09/13/2018 | | Receipt of filing fee for Voluntary Petition (Chapter 13)(18-42143) [misc,volp13] ( 310.00). Receipt number 28936173, amount $ 310.00 (re: Doc# 1 Voluntary Petition (Chapter 13)) (U.S. Treasury) (Entered: 09/13/2018) |
| 09/13/2018 | 2 (1 pg) | Certificate of Credit Counseling Filed by Debtor Stacey A Wilson (Sabaratnam, Mufthiha) (Entered: 09/13/2018) |
| 09/13/2018 | 3 | Statement of Social Security Number. Filed by Debtor Stacey A Wilson (Sabaratnam, Mufthiha) (Entered: 09/13/2018) |

| 09/13/2018 | <u>4</u><br>(3 pgs) | Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys Filed by Debtor Stacey A Wilson (Sabaratnam, Mufthiha) (Entered: 09/13/2018) |
|---|---|---|
| 09/13/2018 | <u>5</u><br>(1 pg) | Disclosure of Compensation of Attorney for Debtor in the Amount of $ $6000 Filed by Debtor Stacey A Wilson (Sabaratnam, Mufthiha) (Entered: 09/13/2018) |
| 09/13/2018 | <u>6</u><br>(7 pgs) | Chapter 13 Plan Filed by Debtor Stacey A Wilson (RE: related document(s)<u>1</u> Voluntary Petition (Chapter 13) filed by Debtor Stacey A Wilson). (Sabaratnam, Mufthiha) (Entered: 09/13/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/13/2018 18:24:37 | | | |
| **PACER Login:** | ms0215:2602345:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 18-42143 Fil or Ent: filed From: 7/13/2018 To: 9/13/2018 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Stacey Wilson<br>246 Tunis Road<br>Oakland, CA 94603<br><br>TELEPHONE NO.: 510-706-2206    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): In Pro Per | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 2120 Martin Luther King Jr. Way
MAILING ADDRESS:
CITY AND ZIP CODE: Berkeley, CA 94704
BRANCH NAME: Berkeley Courthouse

PETITIONER/PLAINTIFF: Danielle Smith

RESPONDENT/DEFENDANT: Stacey Wilson

| PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL | CASE NUMBER:<br>RP-16815511 |
|---|---|

**(Do not use this Proof of Service to show service of a Summons and Complaint.)**

1. I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   2380 103rd Avenue
   Oakland, CA 94603

3. On (date): 9-19-18    I mailed from (city and state): San Leandro, CA
   the following **documents** (specify):
   Notice of Stay of Proceedings

   ☐ The documents are listed in the Attachment to Proof of Service by First-Class Mail—Civil (Documents Served) (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and (check one):
   a. ☑ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☐ **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served: Traci C. Belmore
   b. **Address** of person served:
      Traci C. Belmore
      Attorney at Law
      131 Sunset Avenue, Suite E240
      Suisun, CA 94585
   ☐ The name and address of each person to whom I mailed the documents is listed in the Attachment to Proof of Service by First-Class Mail—Civil (Persons Served) (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

Monique Stevenson
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)

▶ _(signature)_
(SIGNATURE OF PERSON COMPLETING THIS FORM)

**PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1013, 1013a<br>www.courtinfo.ca.gov

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Stacey Wilson<br>246 Tunis Road<br>Oakland, CA 94603<br><br>TELEPHONE NO.: 510-706-2206    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): In Pro Per | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Alameda
STREET ADDRESS: 2120 Martin Luther King Jr. Way
MAILING ADDRESS:
CITY AND ZIP CODE: Berkeley, CA 94704
BRANCH NAME: Berkeley Courthouse

PLAINTIFF/PETITIONER: Paula Turner

DEFENDANT/RESPONDENT: Stacey Wilson

| **FACSIMILE TRANSMISSION COVER SHEET** | CASE NUMBER:<br>RP-16815520 |
|---|---|

**TO THE COURT:**

1. **Please file** the following transmitted documents in the order listed below:

| Document name | No. of pages |
|---|---|
| Notice of Stay of Proceedings | 5 |

2. ☐ **Processing instructions** consisting of: _____ pages are also transmitted.

3. ☑ **Fee required**  ☐ Filing fee  ☑ Fax fee (Cal. Rules of Court, rule 10.815)

   a. ☑ **Credit card payment** I authorize the above fees and any amount imposed by the card issuer or draft purchaser to be charged to the following account:

     ☑ VISA  ☐ MASTERCARD    Account No.: 4815820085065652    Expiration date: 08/2019

Stacey Wilson
_____
(TYPE OR PRINT NAME OF CARDHOLDER)

▶ _____
(SIGNATURE OF CARDHOLDER)

   b. ☐ **Attorney account** (Cal. Rules of Court, rule 2.304). Please charge my account no.: _____

Form Adopted for Mandatory Use<br>Judicial Council of California<br>MC-005 [Rev. January 1, 2007]

**FACSIMILE TRANSMISSION COVER SHEET**
(Fax Filing)

Cal. Rules of Court, rule 2.304<br>www.courtinfo.ca.gov

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | *FOR COURT USE ONLY* |
|---|---|
| Stacey Wilson<br>246 Tunis Road<br>Oakland, CA 94603<br>TELEPHONE NO.: 510-706-2206   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* In Pro Per | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Alameda
STREET ADDRESS: 2120 Martin Luther King Jr. Way
MAILING ADDRESS:
CITY AND ZIP CODE: Berkeley, CA 94704
BRANCH NAME: Berkeley Courthouse

PLAINTIFF/PETITIONER:  Paula Turner

DEFENDANT/RESPONDENT:  Stacey A. Wilson

| **NOTICE OF STAY OF PROCEEDINGS** | CASE NUMBER:<br>RP-16815520 |
|---|---|
| | JUDGE:  Reardon |
| | DEPT.:  201 |

**To the court and to all parties:**

1.  Declarant *(name):* Stacey Wilson

   a. ☑ is ☑ the party ☐ the attorney for the party  who requested or caused the stay.

   b. ☐ is ☐ the plaintiff or petitioner ☐ the attorney for the plaintiff or petitioner. The party who requested the stay has not appeared in this case or is not subject to the jurisdiction of this court.

2.  This case is stayed as follows:

   a. ☑ With regard to all parties.

   b. ☐ With regard to the following parties *(specify by name and party designation):*

3.  Reason for the stay:

   a. ☑ Automatic stay caused by a filing in another court. *(Attach a copy of the Notice of Commencement of Case, the bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number, debtor, and petitioners.)*

   b. ☐ Order of a federal court or of a higher California court. *(Attach a copy of the court order.)*

   c. ☐ Contractual arbitration under Code of Civil Procedure section 1281.4. *(Attach a copy of the order directing arbitration.)*

   d. ☐ Arbitration of attorney fees and costs under Business and Professions Code section 6201. *(Attach a copy of the client's request for arbitration showing filing and service.)*

   e. ☐ Other:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 9/18/2018

Stacey A. Wilson
_____
(TYPE OR PRINT NAME OF DECLARANT)

► *(signature)*
_____
(SIGNATURE)

Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-180 [Rev. January 1, 2007]

**NOTICE OF STAY OF PROCEEDINGS**

Cal. Rules of Court, rule 3.650<br>www.courtinfo.ca.gov

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)*

Chapter you are filing under:

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

■ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Stacey** <br> First name <br><br> **A** <br> Middle name <br><br> **Wilson** <br> Last name and Suffix (Sr., Jr., II, III) | First name <br><br><br> Middle name <br><br><br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-5237 | |

# U.S. Bankruptcy Court
## Northern District of California (Oakland)
## Bankruptcy Petition #: 18-42143

*Date filed:* 09/13/2018

*Assigned to:*
Chapter 13
Voluntary
Asset

**Debtor**
**Stacey A Wilson**
246 Tunis Road
Oakland, CA 94603
ALAMEDA-CA
SSN / ITIN: xxx-xx-5237

represented by **Mufthiha Sabaratnam**
Sabaratnam and Associates
1300 Clay St. #600
Oakland, CA 94612
(510) 205-0986
Fax : (510)225-2417
Email: mufti@taxandbklaw.com

**U.S. Trustee**
**Office of the U.S. Trustee/Oak**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102
(510) 637-3200

| Filing Date | # | Docket Text |
|---|---|---|
| 09/13/2018 | 1 (51 pgs) | Chapter 13 Voluntary Petition Individual, Fee Amount $310. Filed by Stacey A Wilson. Order Meeting of Creditors due by 10/15/2018. Chapter 13 Plan due by 09/27/2018. (Sabaratnam, Mufthiha) (Entered: 09/13/2018) |
| 09/13/2018 | | Receipt of filing fee for Voluntary Petition (Chapter 13)(18-42143) [misc,volp13] ( 310.00). Receipt number 28936173, amount $ 310.00 (re: Doc# 1 Voluntary Petition (Chapter 13)) (U.S. Treasury) (Entered: 09/13/2018) |
| 09/13/2018 | 2 (1 pg) | Certificate of Credit Counseling Filed by Debtor Stacey A Wilson (Sabaratnam, Mufthiha) (Entered: 09/13/2018) |
| 09/13/2018 | 3 | Statement of Social Security Number. Filed by Debtor Stacey A Wilson (Sabaratnam, Mufthiha) (Entered: 09/13/2018) |

| 09/13/2018 | [4](underline)<br>(3 pgs) | Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys Filed by Debtor Stacey A Wilson (Sabaratnam, Mufthiha) (Entered: 09/13/2018) |
|---|---|---|
| 09/13/2018 | [5](underline)<br>(1 pg) | Disclosure of Compensation of Attorney for Debtor in the Amount of $ $6000 Filed by Debtor Stacey A Wilson (Sabaratnam, Mufthiha) (Entered: 09/13/2018) |
| 09/13/2018 | [6](underline)<br>(7 pgs) | Chapter 13 Plan Filed by Debtor Stacey A Wilson (RE: related document(s)[1] Voluntary Petition (Chapter 13) filed by Debtor Stacey A Wilson). (Sabaratnam, Mufthiha) (Entered: 09/13/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/13/2018 18:24:37 | | | |
| **PACER Login:** | ms0215:2602345:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 18-42143 Fil or Ent: filed From: 7/13/2018 To: 9/13/2018 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | *FOR COURT USE ONLY* |
|---|---|
| Stacey Wilson<br>246 Tunis Road<br>Oakland, CA 94603<br><br>TELEPHONE NO.: 510-706-2206     FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* In Pro Per | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 2120 Martin Luther King Jr. Way
MAILING ADDRESS:
CITY AND ZIP CODE: Berkeley, CA 94704
BRANCH NAME: Berkeley Courthouse

PETITIONER/PLAINTIFF: Paula Turner

RESPONDENT/DEFENDANT: Stacey Wilson

| PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL | CASE NUMBER:<br>RP-16815520 |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:

   2380 103rd Avenue
   Oakland, CA 94603

3. On *(date):* 9-19-18     I mailed from *(city and state):* San Leandro, CA
   the following **documents** *(specify):*
   Notice of Stay of Proceedings

   ☐ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)*
   (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one):*
   a. ☑ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☐ **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served: Traci C. Belmore
   b. **Address** of person served:

      Traci C. Belmore
      Attorney at Law
      131 Sunset Avenue, Suite E240
      Suisun, CA 94585
      ☐ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

Monique Stevenson
_____
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)

_____
(SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
POS-030 [New January 1, 2005]

**PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1013, 1013a
www.courtinfo.ca.gov

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Stacey Wilson
246 Tunis Road
Oakland, CA 94603

TELEPHONE NO. : 510-706-2206　FAX NO. *(Optional):* 510-217-9486
E-MAIL ADDRESS *(Optional)* :
ATTORNEY FOR *(Name)* : In Pro Per

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS : 2120 Martin Luther King Jr. Way
MAILING ADDRESS :
CITY AND ZIP CODE : Berkeley, CA 94704
BRANCH NAME : Berkeley Courthouse

PLAINTIFF/PETITIONER: Danielle Smith

DEFENDANT/RESPONDENT: Stacey Wilson

| FACSIMILE TRANSMISSION COVER SHEET | CASE NUMBER: RP-17861683 |
|---|---|

**TO THE COURT:**

1. **Please file** the following transmitted documents in the order listed below:

Document name

Notice of Stay of Proceedings

No. of pages

4

2. ☐ **Processing instructions** consisting of: _____ pages are also transmitted.

3. ☑ **Fee required** ☐ Filing fee ☑ Fax fee (Cal. Rules of Court, rule 10.815)
   a. ☑ **Credit card payment** I authorize the above fees and any amount imposed by the card issuer or draft purchaser to be charged to the following account:
   ☑ VISA ☐ MASTERCARD　Account No.: 4673390118389074　Expiration date: 11/2021

Stacey Wilson
*(TYPE OR PRINT NAME OF CARDHOLDER)*

► *(signature)*
*(SIGNATURE OF CARDHOLDER)*

   b. ☐ **Attorney account** (Cal. Rules of Court, rule 2.304). Please charge my account no.:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
MC-005 [Rev. January 1, 2007]

**FACSIMILE TRANSMISSION COVER SHEET**
(Fax Filing)

Cal. Rules of Court, rule 2.304
www.courtinfo.ca.gov

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | *FOR COURT USE ONLY* |
|---|---|
| Stacey Wilson<br>246 Tunis Road<br>Oakland, CA 94603<br>TELEPHONE NO.: 510-706-2206     FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* In Pro Per | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Alameda
STREET ADDRESS: 2120 Martin Luther King Jr. Way
MAILING ADDRESS:
CITY AND ZIP CODE: Berkeley, CA 94704
BRANCH NAME: Berkeley Courthouse

PLAINTIFF/PETITIONER:  Danielle Smith

DEFENDANT/RESPONDENT:  Stacey A. Wilson

| NOTICE OF STAY OF PROCEEDINGS | CASE NUMBER:  RP-17861683 |
|---|---|
| | JUDGE:  Comm. Ruben Sundeen |
| | DEPT.:  201 |

**To the court and to all parties:**

1. Declarant *(name):* Stacey Wilson

   a. ☑ is ☑ the party ☐ the attorney for the party  who requested or caused the stay.

   b. ☐ is ☐ the plaintiff or petitioner ☐ the attorney for the plaintiff or petitioner. The party who requested the stay has not appeared in this case or is not subject to the jurisdiction of this court.

2. This case is stayed as follows:

   a. ☑ With regard to all parties.

   b. ☐ With regard to the following parties *(specify by name and party designation):*

3. Reason for the stay:

   a. ☑ Automatic stay caused by a filing in another court. *(Attach a copy of the Notice of Commencement of Case, the bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number, debtor, and petitioners.)*

   b. ☐ Order of a federal court or of a higher California court. *(Attach a copy of the court order.)*

   c. ☐ Contractual arbitration under Code of Civil Procedure section 1281.4. *(Attach a copy of the order directing arbitration.)*

   d. ☐ Arbitration of attorney fees and costs under Business and Professions Code section 6201. *(Attach a copy of the client's request for arbitration showing filing and service.)*

   e. ☐ Other:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/20/2019

Stacey A. Wilson
_____
(TYPE OR PRINT NAME OF DECLARANT)

▶ _____
(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California
CM-180 [Rev. January 1, 2007]

**NOTICE OF STAY OF PROCEEDINGS**

Cal. Rules of Court, rule 3.650
www.courtinfo.ca.gov



Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266- 5580
13trustee@oak13.com

The following constitutes the order of the Court.
Signed: December 14, 2018

*Charles Novack*

Trustee for Debtor(s)

**Charles Novack**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In Re

Stacey A Wilson

Chapter 13 Case Number:
18-42143-CN 13

Debtors(s)

### ORDER CONFIRMING CHAPTER 13 PLAN

After notice and opportunity for a hearing it is determined that the Chapter 13 plan satisfies the requirements of 11 U.S.C §1325.  IT IS ORDERED that the plan filed at docket #36  is confirmed.

### ATTORNEY FEES

**IT IS FURTHER ORDERED** that the attorney's fees for the debtor(s)' attorney in full amount of $6,000.00 are approved,  $2,000.00 of which was paid prior to the filing of the petition. Provided that the attorney and debtor have executed and filed a *Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys*, the balance of $4,000.00 shall be paid by the chapter 13 Trustee from plan payments in accordance with section 5 of the plan.

END OF ORDER

84904020729014

Stacey A Wilson
246 Tunis Rd
Oakland,CA 94603

(Debtor(s))

Sabaratnam & Associates
1300 Clay St #600
Oakland,CA 94612

(Counsel for Debtor)

8490402072901 4

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | *FOR COURT USE ONLY* |
|---|---|
| Stacey Wilson<br>246 Tunis Road<br>Oakland, CA 94603<br><br>TELEPHONE NO.:510-706-2206　　FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* In Pro Per | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS:2120 Martin Luther King Jr. Way
MAILING ADDRESS:
CITY AND ZIP CODE:Berkeley, CA 94704
BRANCH NAME:Berkeley Courthouse

PETITIONER/PLAINTIFF:Danielle Smith

RESPONDENT/DEFENDANT:Stacey Wilson

| PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL | CASE NUMBER:<br>RP-17861683 |
|---|---|

***(Do not use this Proof of Service to show service of a Summons and Complaint.)***

1. I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:

   8001 Healy Court
   Sacramento, CA 95828

3. On *(date):* 01/21/19　I mailed from *(city and state):* San Leandro CA
   the following documents *(specify):*
   Notice of Stay of Proceedings

   ☐ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one):*
   a. ☑ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☐ **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served: Traci C. Belmore
   b. **Address** of person served:

   Traci C. Belmore
   Attorney at Law
   131 Sunset Avenue, Suite E240
   Suisun, CA 94585
   ☐ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 01/21/19

Shawna Easiley
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)

▶ *(signature)*
(SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
POS-030 [New January 1, 2005]
**PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**
**(Proof of Service)**
Code of Civil Procedure, §§ 1013, 1013a
www.courtinfo.ca.gov

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Stacey Wilson <br> 246 Tunis Road <br> Oakland, CA 94603 <br><br> TELEPHONE NO.: 510-706-2206    FAX NO. *(Optional)*: 510-217-9486 <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: In Pro Per | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Alameda
STREET ADDRESS: 2120 Martin Luther King Jr. Way
MAILING ADDRESS:
CITY AND ZIP CODE: Berkeley, CA 94704
BRANCH NAME: Berkeley Courthouse

PLAINTIFF/PETITIONER: Danielle Smith

DEFENDANT/RESPONDENT: Stacey Wilson

| **FACSIMILE TRANSMISSION COVER SHEET** | CASE NUMBER: <br> RP-16815511 |
|---|---|

**TO THE COURT:**

1. **Please file** the following transmitted documents in the order listed below:

Document name                        No. of pages

Notice of Stay of Proceedings             4.

2. ☐ **Processing instructions** consisting of: _____ pages are also transmitted.

3. ☑ **Fee required**    ☐ Filing fee    ☑ Fax fee (Cal. Rules of Court, rule 10.815)
   a. ☑ **Credit card payment** I authorize the above fees and any amount imposed by the card issuer or draft purchaser to be charged to the following account:
        ☑ VISA    ☐ MASTERCARD    Account No.: 4673390118389074    Expiration date: 11/2021

Stacey Wilson
_____
(TYPE OR PRINT NAME OF CARDHOLDER)

▶ _____
(SIGNATURE OF CARDHOLDER)

   b. ☐ **Attorney account** (Cal. Rules of Court, rule 2.304). Please charge my account no.:

Page 1 of 1

Form Adopted for Mandatory Use <br> Judicial Council of California <br> MC-005 [Rev. January 1, 2007] **FACSIMILE TRANSMISSION COVER SHEET** <br> **(Fax Filing)** Cal. Rules of Court, rule 2.304 <br> www.courtinfo.ca.gov

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Stacey Wilson
246 Tunis Road
Oakland, CA 94603
TELEPHONE NO.: 510-706-2206     FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* In Pro Per

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Alameda
STREET ADDRESS: 2120 Martin Luther King Jr. Way
MAILING ADDRESS:
CITY AND ZIP CODE: Berkeley, CA 94704
BRANCH NAME: Berkeley Courthouse

PLAINTIFF/PETITIONER:  Danielle Smith

DEFENDANT/RESPONDENT:  Stacey A. Wilson

**NOTICE OF STAY OF PROCEEDINGS**

CASE NUMBER:
RP-16815511

JUDGE:  Comm. Ruben Sundeen

DEPT.:  201

**To the court and to all parties:**

1.  Declarant *(name):* Stacey Wilson

    a.  [✓] is [✓] the party   [ ] the attorney for the party   who requested or caused the stay.

    b.  [ ] is [ ] the plaintiff or petitioner [ ] the attorney for the plaintiff or petitioner. The party who requested the stay
        has not appeared in this case or is not subject to the jurisdiction of this court.

2.  This case is stayed as follows:

    a.  [✓] With regard to all parties.

    b.  [ ] With regard to the following parties *(specify by name and party designation):*

3.  Reason for the stay:

    a.  [✓] Automatic stay caused by a filing in another court.  *(Attach a copy of the Notice of Commencement of Case, the
        bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number,
        debtor, and petitioners.)*

    b.  [ ] Order of a federal court or of a higher California court.  *(Attach a copy of the court order.)*

    c.  [ ] Contractual arbitration under Code of Civil Procedure section 1281.4.  *(Attach a copy of the order directing
        arbitration.)*

    d.  [ ] Arbitration of attorney fees and costs under Business and Professions Code section 6201. *(Attach a copy of the
        client's request for arbitration showing filing and service.)*

    e.  [ ] Other:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  1/20/2019

Stacey A. Wilson
_____
(TYPE OR PRINT NAME OF DECLARANT)

▶ *(signature)*
_____
(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California
CM-180 [Rev. January 1, 2007]

**NOTICE OF STAY OF PROCEEDINGS**

Cal. Rules of Court, rule 3.650
www.courtinfo.ca.gov

**Entered on Docket**
**December 14, 2018**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266- 5580
13trustee@oak13.com

Trustee for Debtor(s)

**The following constitutes the order of the Court.**
**Signed: December 14, 2018**

*Charles Novack*
_____
**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In Re

     Stacey A Wilson

                      Debtors(s)

Chapter 13 Case Number:
18-42143-CN 13

## ORDER CONFIRMING CHAPTER 13 PLAN

After notice and opportunity for a hearing it is determined that the Chapter 13 plan satisfies the requirements of 11 U.S.C §1325. IT IS ORDERED that the plan filed at docket #36 is confirmed.

### ATTORNEY FEES

**IT IS FURTHER ORDERED** that the attorney's fees for the debtor(s)' attorney in full amount of $6,000.00 are approved, $2,000.00 of which was paid prior to the filing of the petition. Provided that the attorney and debtor have executed and filed a *Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys*, the balance of $4,000.00 shall be paid by the chapter 13 Trustee from plan payments in accordance with section 5 of the plan.

END OF ORDER

## COURT SERVICE LIST

Stacey A Wilson
246 Tunis Rd
Oakland,CA 94603

(Debtor(s))

Sabaratnam & Associates
1300 Clay St #600
Oakland,CA 94612

(Counsel for Debtor)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Stacey Wilson<br>246 Tunis Road<br>Oakland, CA 94603<br><br>TELEPHONE NO.:510-706-2206  FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* In Pro Per | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:2120 Martin Luther King Jr. Way
MAILING ADDRESS:
CITY AND ZIP CODE:Berkeley, CA 94704
BRANCH NAME:Berkeley Courthouse

PETITIONER/PLAINTIFF:Danielle Smith

RESPONDENT/DEFENDANT:Stacey Wilson

| PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL | CASE NUMBER:<br>RP-16815511 |
|---|---|

**(Do not use this Proof of Service to show service of a Summons and Complaint.)**

1. I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   8001 Healy Court
   Sacramento, CA 95828
3. On *(date):* 01/21/19  I mailed from *(city and state):* San Leandro CA
   the following **documents** *(specify):*
   Notice of Stay of Proceedings

   ☐ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one):*
   a. ☑ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☐ **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served: Traci C. Belmore
   b. **Address** of person served:
      Traci C. Belmore
      Attorney at Law
      131 Sunset Avenue, Suite E240
      Suisun, CA 94585
   ☐ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 01/21/19

Shawna Easiley
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)

▶ _Shawna Easley_
(SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
POS-030 [New January 1, 2005]
**PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**
**(Proof of Service)**
Code of Civil Procedure, §§ 1013, 1013a
www.courtinfo.ca.gov

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Stacey Wilson<br>246 Tunis Road<br>Oakland, CA 94603 | |

TELEPHONE NO.: 510-706-2206  FAX NO. *(Optional):* 510-217-9486
E-MAIL ADDRESS *(Optional)* :
ATTORNEY FOR *(Name)* : In Pro Per

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Alameda
STREET ADDRESS: 2120 Martin Luther King Jr. Way
MAILING ADDRESS :
CITY AND ZIP CODE : Berkeley, CA 94704
BRANCH NAME : Berkeley Courthouse

PLAINTIFF/PETITIONER:  Paula Turner

DEFENDANT/RESPONDENT:  Stacey Wilson

| **FACSIMILE TRANSMISSION COVER SHEET** | CASE NUMBER:<br>RP-16815520 |
|---|---|

**TO THE COURT:**

1. **Please file** the following transmitted documents in the order listed below:

| Document name | No. of pages |
|---|---|
| Notice of Stay of Proceedings | 5 |

2. ☐ **Processing instructions** consisting of: _____ pages are also transmitted.

3. ☑ **Fee required**   ☐ Filing fee   ☑ Fax fee (Cal. Rules of Court, rule 10.815)

   a. ☑ **Credit card payment** I authorize the above fees and any amount imposed by the card issuer or draft purchaser to be charged to the following account:

     ☑ VISA ☐ MASTERCARD   Account No.:   4815-8200-8506-5652   Expiration date: 08/2019

Stacey Wilson
(TYPE OR PRINT NAME OF CARDHOLDER)

▶ *Stacey A. Wilson* (SIGNATURE OF CARDHOLDER)

   b. ☐ **Attorney account** (Cal. Rules of Court, rule 2.304). Please charge my account no.:

Form Adopted for Mandatory Use<br>Judicial Council of California<br>MC-005 [Rev. January 1, 2007]

**FACSIMILE TRANSMISSION COVER SHEET**
(Fax Filing)

Cal. Rules of Court, rule 2.304<br>www.courtinfo.ca.gov

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Stacey Wilson<br>246 Tunis Road<br>Oakland, CA 94603<br>TELEPHONE NO.: 510-706-2206  FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: In Pro Per | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Alameda
STREET ADDRESS: 2120 Martin Luther King Jr. Way
MAILING ADDRESS:
CITY AND ZIP CODE: Berkeley, CA 94704
BRANCH NAME: Berkeley Courthouse

PLAINTIFF/PETITIONER:  Paula Turner

DEFENDANT/RESPONDENT:  Stacey A. Wilson

| **NOTICE OF STAY OF PROCEEDINGS** | CASE NUMBER:<br>RP-16815520 |
|---|---|
| | JUDGE:  Comm. Ruben Sundeen |
| | DEPT.:  201 |

**To the court and to all parties:**

1. Declarant *(name)*: Stacey Wilson

   a. ☑ is ☑ the party ☐ the attorney for the party  who requested or caused the stay.

   b. ☐ is ☐ the plaintiff or petitioner ☐ the attorney for the plaintiff or petitioner. The party who requested the stay has not appeared in this case or is not subject to the jurisdiction of this court.

2. This case is stayed as follows:

   a. ☑ With regard to all parties.

   b. ☐ With regard to the following parties *(specify by name and party designation)*:

3. Reason for the stay:

   a. ☑ Automatic stay caused by a filing in another court.  *(Attach a copy of the Notice of Commencement of Case, the bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number, debtor, and petitioners.)*

   b. ☐ Order of a federal court or of a higher California court.  *(Attach a copy of the court order.)*

   c. ☐ Contractual arbitration under Code of Civil Procedure section 1281.4.  *(Attach a copy of the order directing arbitration.)*

   d. ☐ Arbitration of attorney fees and costs under Business and Professions Code section 6201. *(Attach a copy of the client's request for arbitration showing filing and service.)*

   e. ☐ Other:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/20/2019

Stacey A. Wilson
_____
(TYPE OR PRINT NAME OF DECLARANT)

▶ *(signature)*
_____
(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California
CM-180 [Rev. January 1, 2007]

**NOTICE OF STAY OF PROCEEDINGS**

Cal. Rules of Court, rule 3.650
www.courtinfo.ca.gov



Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266- 5580
13trustee@oak13.com

Trustee for Debtor(s)

**The following constitutes the order of the Court.**
**Signed: December 14, 2018**

_Charles Novack_

**Charles Novack**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In Re

Stacey A Wilson

Chapter 13 Case Number:
18-42143-CN 13

Debtors(s)

## ORDER CONFIRMING CHAPTER 13 PLAN

After notice and opportunity for a hearing it is determined that the Chapter 13 plan

satisfies the requirements of 11 U.S.C §1325. IT IS ORDERED that the plan filed at docket

#36  is confirmed.

### ATTORNEY FEES

**IT IS FURTHER ORDERED** that the attorney's fees for the debtor(s)' attorney in full

amount of $6,000.00 are approved,  $2,000.00 of which was paid prior to the filing of the

petition. Provided that the attorney and debtor have executed and filed a _Rights and_

_Responsibilities of Chapter 13 Debtors and Their Attorneys_, the balance of $4,000.00 shall

be paid by the chapter 13 Trustee from plan payments in accordance with section 5 of the

plan.

END OF ORDER

## COURT SERVICE LIST

Stacey A Wilson
246 Tunis Rd
Oakland,CA 94603

(Debtor(s))

Sabaratnam & Associates
1300 Clay St #600
Oakland,CA 94612

(Counsel for Debtor)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | *FOR COURT USE ONLY* |
|---|---|
| Stacey Wilson<br>246 Tunis Road<br>Oakland, CA 94603<br><br>TELEPHONE NO.: 510-706-2206　　　FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* In Pro Per | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 2120 Martin Luther King Jr. Way
MAILING ADDRESS:
CITY AND ZIP CODE: Berkeley, CA 94704
BRANCH NAME: Berkeley Courthouse

PETITIONER/PLAINTIFF: Paula Turner

RESPONDENT/DEFENDANT: Stacey Wilson

| PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL | CASE NUMBER:<br>RP-16815520 |
|---|---|

**(Do not use this Proof of Service to show service of a Summons and Complaint.)**

1. I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   8001 Healy Court
   Sacramento, CA 95828
3. On *(date):* 01/21/19　　I mailed from *(city and state):* San Leandro CA
   the following **documents** *(specify):*
   Notice of Stay of Proceedings

   [ ] The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one):*
   a. [✓] **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. [ ] **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served: Traci C. Belmore
   b. **Address** of person served:

   Traci C. Belmore
   Attorney at Law
   131 Sunset Avenue, Suite E240
   Suisun, CA 94585
   [ ] The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 01/21/19

Shawna Easiley
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)　　　　　　　　　(SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use<br>Judicial Council of California<br>POS-030 [New January 1, 2005] | **PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**<br>**(Proof of Service)** | Code of Civil Procedure, §§ 1013, 1013a<br>www.courtinfo.ca.gov

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Stacey Wilson<br>246 Tunis Road<br>Oakland, CA 94603 | |
| TELEPHONE NO.: 510-706-2206    FAX NO. (Optional): | |
| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): In Pro Per | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 2120 Martin Luther King Jr. Way
MAILING ADDRESS:
CITY AND ZIP CODE: Berkeley, CA 94704
BRANCH NAME: Berkeley Courthouse

PLAINTIFF/PETITIONER: Danielle Smith

DEFENDANT/RESPONDENT: Stacey Wilson

| FACSIMILE TRANSMISSION COVER SHEET | CASE NUMBER:<br>RP-17861683 |
|---|---|

TO THE COURT:

1. **Please file** the following transmitted documents in the order listed below:

    Document name                                        No. of pages ~~5~~
    Notice of Stay of Proceedings                          3 5

2. ☐ **Processing instructions** consisting of _____ pages are also transmitted.

3. ☑ **Fee required** ☐ Filing fee ☑ Fax fee (Cal. Rules of Court, rule 10.815)
    a. ☑ **Credit card payment** I authorize the above fees and any amount imposed by the card issuer or draft purchaser to be charged to the following account:
        ☑ VISA ☐ MASTERCARD    Card No.: 4815820085065652    Expiration date: 08/2023

    Stacey Wilson                                          ▶ _Stacey C. Wil_
    (TYPE OR PRINT NAME OF CARDHOLDER)                        (SIGNATURE OF CARDHOLDER)

    b. ☐ **Attorney account** (Cal. Rules of Court, rule 2.304). Please charge my account no.:

Form Adopted for Mandatory Use
Judicial Council of California
MC-005 [Rev. January 1, 2007]

**FACSIMILE TRANSMISSION COVER SHEET**
(Fax Filing)

Cal. Rules of Court, rule 2.304
www.courtinfo.ca.gov

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| — Stacey Wilson<br>246 Tunis Road<br>Oakland, CA 94603<br>TELEPHONE NO: 510-706-2206     FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: In Pro Per | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 2120 Martin Luther King Jr. Way
MAILING ADDRESS:
CITY AND ZIP CODE: Berkeley, CA 94704
BRANCH NAME: Berkeley Courthouse

PLAINTIFF/PETITIONER: Danielle Smith

DEFENDANT/RESPONDENT: Stacey A. Wilson

| | |
|---|---|
| **NOTICE OF STAY OF PROCEEDINGS** | CASE NUMBER:<br>RP-17861683 |
| | JUDGE: Comm. Ruben Sundeen |
| | DEPT.: 201 |

**To the court and to all parties:**

1. Declarant *(name):* Stacey Wilson

    a. ☑ is ☑ the party ☐ the attorney for the party who requested or caused the stay.

    b. ☐ is ☐ the plaintiff or petitioner ☐ the attorney for the plaintiff or petitioner. The party who requested the stay
       has not appeared in this case or is not subject to the jurisdiction of this court.

2. This case is stayed as follows:

    a. ☑ With regard to all parties.

    b. ☐ With regard to the following parties *(specify by name and party designation):*

3. Reason for stay:

    a. ☑ Automatic stay caused by a filing in another court. *(Attach a copy of the Notice of Commencement of Case, the
       bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number,
       debtor, and petitioners.)*

    b. ☐ Order of a federal court or a higher California court. *(Attach a copy of the court order.)*

    c. ☐ Contractual arbitration under Code of Civil Procedure section 1281.4. *(Attach a copy of the order directing
       arbitration.)*

    d. ☐ Arbitration of attorney fees and costs under Business and Professions Code section 6201. *(Attach a copy of the
       client's request for arbitration showing filing and service.)*

    e. ☐ Other:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6/12/2020

Stacey A. Wilson            ▶ *Stacey A. Wilson*
*(TYPE OR PRINT NAME OF DECLARANT)*        *(SIGNATURE)*

Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-180 [Rev. January 1, 2007]

**NOTICE OF STAY OF PROCEEDINGS**

Cal. Rules of Court, rule 3.650<br>www.courtinfo.ca.gov



Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266- 5580
13trustee@oak13.com

Trustee for Debtor(s)

The following constitutes the order of the Court.
Signed: December 14, 2018

Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re

Stacey A Wilson

Debtor(s)

Chapter 13 Case Number:

18-42143-CN 13

ORDER CONFIRMING CHAPTER 13 PLAN

After notice and opportunity for a hearing it is determined that the Chapter 13 plan

satisfies the requirements of 11 U.S.C §1325. IT IS ORDERED that the plan filed at docket

#36 is confirmed.

**ATTORNEY FEES**

IT IS FURTHER ORDERED that the attorney's fees for the debtor(s)' attorney in full

amount of $6,000.00 are approved, $2,000.00 of which was paid prior to the filing of the

petition. Provided that the attorney and debtor have executed and filed a *Rights and*

*Responsibilities of Chapter 13 Debtors and Their Attorneys*, the balance of $4,000.00 shall

be paid by the chapter 13 Trustee from plan payments in accordance with section 5 of the

plan.

END OF ORDER

84904020729014

Stacey A Wilson
246 Tunis Rd
Oakland,CA 94603

(Debtor(s))

Sabaratnam & Associates
1300 Clay St #600
Oakland,CA 94612

(Counsel for Debtor)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Stacey Wilson<br>246 Tunis Road<br>Oakland, CA 94603<br><br>TELEPHONE NO. 510-706-2206    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: In Pro Per | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 2120 Martin Luther King Jr. Way
MAILING ADDRESS:
CITY AND ZIP CODE: Berkeley, CA 94704
BRANCH NAME: Berkeley Courthouse

PETITIONER/PLAINTIFF: Danielle Smith

RESPONDENT/DEFENDANT: Stacey Wilson

| | CASE NUMBER: |
|---|---|
| **PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL** | RP-17861683 |

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
8001 Healy Court
Sacramento, CA 95828

3. On (date): 06/12/2020 I mailed from (city and state): Oakland, CA
the following documents (specify):
Notice of Stay of Proceedings

☐ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and (check one):
   a. ☑ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☐ **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served: Traci C. Belmore
   b. **Address** of person served:
   Traci C. Belmore
   Attorney at Law
   131 Sunset Avenue, Suite E240
   Suisun, CA 94585
   ☐ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (form POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 06/12/2020

Shawna Easiley
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)

▶ *(signature)* Shawna Easiley
(SIGNATURE OF PERSON COMPLETING THIS FORM)

**PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**
(Proof of Service)